# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA; FLORIDA AGENCY
FOR HEALTH CARE ADMINISTRATION;
FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, CATHOLIC
MEDICAL ASSOCIATION, on behalf of its
current and future members,

    *Plaintiffs*,

DEPARTMENT OF HEALTH AND
HUMAN SERVICES; XAVIER BECERRA,
in his official capacity as Secretary of the
Department of Health and Human Services;
MELANIE FONTES RAINER, in her official
capacity as the Director of the Office for Civil
Rights; THE CENTERS FOR MEDICARE
AND MEDICAID; CHIQUITA BROOKS-
LASURE, in her official capacity as
Administrator of the Centers for Medicare and
Medicaid,

    *Defendants*.

No. 8:24-cv-_____

## DECLARATION OF KEN KNIEPMANN

I, Ken Kniepmann, declare as follows:

1. My name is Ken Kniepmann, and I have personal knowledge of the following statements. I am employed by the Florida Agency for Health Care Administration ("AHCA") as the Assistant Deputy Secretary for Medicaid Policy and Quality. As part of my duties, I oversee the bureau of Medicaid Policy, which is responsible for the development of all rules and policies for the Medicaid program in Florida.

2. AHCA is the single state agency responsible for the administration of the Medicaid program in Florida. *See* 42 U.S.C. § 1396a(a)(5). AHCA also administers the Children's Health Insurance Program ("CHIP") and Program of All-Inclusive Care for the Elderly ("PACE") in Florida.

**Federal Funds for Florida CMS Programs**

3. In State Fiscal Year 2022-2023, Florida expended $13,021,126,306 in state funds on the Medicaid program. The federal share expended was $24,436,629,368.

4. In State Fiscal Year 2023-2024, AHCA estimates that Florida will expend $14,643,127,054 in state funds on the Medicaid program. AHCA estimates that the federal share expended will be $20,306,042,621.

5. In State Fiscal Year 2022-2023, Florida expended $82,811,091 in state funds on the CHIP program. The federal share expended was $234,973,859.

6. In State Fiscal Year 2023-2024, AHCA estimates that Florida will expend $155,286,520 in state funds on the CHIP program. AHCA estimates that the federal share expended will be $355,219,776.

7. In State Fiscal Year 2022-2023, Florida expended $34,858,100 in state funds on the PACE program. The federal share expended was $68,038,237.

8. In State Fiscal Year 2023-2024, AHCA estimates that Florida will expend $100,688,395 in state funds on the PACE program. AHCA estimates that the federal share expended will be $147,802,215.

9. In total, the federal funds expended for these programs in Fiscal Year 2022-2023 was $24,671,603,227.

**Florida Policy Regarding the Use of State Funds for Gender-Transitions**

10. AHCA's state Medicaid program currently does not cover gender-transition interventions for the public at large. In August 2022, AHCA promulgated Rule 59G-1.050(7), Florida Administrative Code. That Rule provides that Florida Medicaid does not cover the following interventions for the treatment of gender dysphoria: (1) puberty blockers; (2) hormones and hormone antagonists; (3) gender-reassignment surgeries; and (4) any other procedures that are intended to alter primary or secondary sexual characteristics.

11. In May 2023, Governor Ron DeSantis signed into law Senate Bill 254, which prohibits the use of state funds for "sex-reassignment prescriptions or procedures"—including puberty blockers, hormones, hormone antagonists, or any medical procedure, including a surgical procedure, used "in order to affirm a person's perception of his or her sex if that perception is inconsistent with the person's sex." Fla. Stat. §§ 286.311, 456.001(9)(a). Therefore, AHCA's programs currently do not cover the cost of puberty blockers, hormones, hormone antagonists, or any medical procedure, including a surgical procedure, used as part of a gender-transition protocol.

12. The 2024 Rules purport to prohibit Florida's general prohibition on using state funds to pay for these gender-transition interventions. The 2024 Rules would generally require that state programs receiving funds from HHS cover gender-transition interventions for Medicaid and CHIP recipients. These changes are in direct

3

conflict with Florida law and regulations regarding these interventions, including AHCA's rules.

**Fiscal Costs of Covering Gender-Transition**

13.  The 2024 Rules would impose significant fiscal costs on Florida by requiring coverage for gender-transition interventions.

14.  Puberty blockers are expensive. Lupron Depot, a drug manufactured by AbbVie and used off-label for gender transitions in pubescent minors, typically costs thousands of dollars for a single, three-month shot. Because the drug is administered by clinics and hospitals, clinics and hospitals also charge hefty administration fees. Cross-sex hormones and endocrinologist visits are similarly expensive, costing thousands of dollars. And gender-change surgeries can cost many tens of thousands of dollars.

15.  According to one paper relied on by HHS to downplay the cost of the rule in its economic impact analysis, based on data from the insurance plans offered to University of California employees and their dependents, including children, "the average cost of transition related care (surgery, hormones, or both) per person needing treatment was $29,929 over 6.5 years," or about $5,000 a year. Aaron Belkin, *Caring for Our Transgender Troops—The Negligible Cost of Transition-Related Care*, 373 New Eng. J. Med. 1089 (2015). However, even this low estimate would result in exorbitant costs to Florida.

16. According to the Williams Institute, Florida has roughly 95,000 adults who identify as "transgender," or 0.55% of the adult population in Florida, and 16,200 minors who identity as transgender, or 1.32% of the minor population in Florida.[1]

17. As of December 2023, some two-and-a-half million minors were enrolled in Florida Medicaid and CHIP. If 1.32% of this Medicaid population identifies as transgender, then approximately 33,000 transgender minors under 21 are enrolled in Florida Medicaid and CHIP.

18. Although not all transgender minors have gender dysphoria and seek gender-change interventions, assuming they do, the potential annual cost of treating all these minors with gender-change interventions—even using conservative cost estimates—may be roughly estimated at about $165,000,000 per year ($5,000/year × 33,000).

19. As of December 23, some one-and-a-half million adults were enrolled in Florida Medicaid. If 0.55% of this Medicaid population identifies as transgender, then approximately 8,250 transgender adults are enrolled in Florida Medicaid.

20. Although not all transgender adults have gender dysphoria and seek gender-change interventions, assuming they do, the potential annual cost of treating all these adults with gender-change interventions—even using conservative cost estimates—may be roughly estimated at about $41,250,000 per year ($5,000/year × 8,250).

---

[1] *See* https://williamsinstitute.law.ucla.edu/subpopulations/transgender-people/.

5

21.     In total, using these rough estimates, the potential fiscal cost of covering gender-transition interventions under Florida Medicaid and CHIP is over $200,000,000 per year.

22.     The utilization rate for these interventions has also risen rapidly in recent years. A study published in the JAMA Network Open details the meteoric rise of "gender affirming" surgeries in the United States over the past several decades. Jason D. Wright et al., *National Estimates of Gender-Affirming Surgery in the US*, 6 JAMA Netw Open. (Aug. 23, 2023). The number of such surgeries doubled between 2000 and 2005, and then doubled again between 2006 and 2011. These surgeries have kept increasing since then: the authors found these surgeries tripled between 2016 and 2019. *Id.* Despite significant pandemic-driven reductions for almost all elective surgeries in 2020, gender-transition surgeries remained steady near their 2019 high during the pandemic. *Id.* The study predicted that demand for these surgeries would continue to rise and warned of a shortage of qualified surgeons to meet this rapidly increasing demand. *Id.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of May 2024.

_____
KEN KNIEPMANN