# Exhibit 4

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **State of Florida,** et al., | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) **Civil Action No. _____** |
| **U.S. Department of Health and Human Services,** et al., | ) ) ) ) |
| *Defendants*. | ) |

## DECLARATION OF MICHAEL S. PARKER, M.D.

I, Michael S. Parker, M.D., declare:

1. I am over 21 and I am fully competent to make this declaration.

2. These facts are true, correct, and within my personal knowledge. If called to testify, I could and would testify competently to them.

3. I am a board-certified OB/GYN hospitalist serving female Medicare and Medicaid patients in labor & delivery and emergency room (ER) settings at OhioHealth Mansfield Hospital in Mansfield, Ohio. I work as an OB Hospitalist employed by Pediatrix Medical Group of Ohio, part of Pediatrix Medical Group. My hospital collects patient insurance information, and my physician group handles insurance reimbursement.

4. I helped establish the Order of Malta Center of Care in Columbus, Ohio. We give free medical care to the homeless and underserved.

5. I am a member of the Catholic Medical Association (CMA) and the American Association of Pro-Life Obstetricians and Gynecologists (AAPLOG) but I am not a member of the Christian Employers Alliance, or the Christian Medical & Dental Associations. I share CMA's and AAPLOG's positions. I have served CMA as President, and I am now its Assistant

Parliamentarian.

6. I provide care with respect and without unlawful discrimination.

7. I will not provide or refer for "gender transitions."

8. I categorically object to providing, referring for, or affirming any procedures to "transition" a patient's gender.

9. I categorically oppose asking for or using a patient's self-selected gender identity or pronouns for any purpose, including for coding or charting.

10. I categorically oppose allowing males in female private spaces, or vice versa, or following a policy that says (or is interpreted by federal rules to mean) that I do not "discriminate" based on gender identity.

11. I hold these positions as a matter of sound medical judgment, Catholic religious exercise, and conscience. I want to be free to follow and share my views. I do not want to be coerced to do wrong and I cannot harm my patients.

12. In my past OB/GYN practice for females, I regularly provided medically indicated hysterectomies and provided medically indicated estrogen and testosterone hormones. I am board-certified to provide these services and I may do so again in the future if the clinical setting presents itself. I do not and will not provide these services for gender-transition purposes. Nor will I violate Ohio state law regulating these procedures.

13. I routinely record all my OB/GYN patients as female. My regular practice is to use the correct biological and binary pronouns: she/her.

14. I at times treat patients who identify as transgender, non-binary, or otherwise contrary to their sex. I have cared for such a patient who was in labor having a baby. I also see female ER patients identifying as males. These patients may expect me to describe them in ways contrary to sex. In conversation, I use the patient's preferred name and avoid pronouns. In

charts, I use biological pronouns, while noting that the patient is a biological female who identifies as male or who has gender dysphoria.

15. I do not—and will not—call a woman giving birth "a man." In the past, hospital colleagues have said men could get pregnant and said that a certain patient was a man who was pregnant. I corrected them: the patient was a woman who was pregnant. Every time I encounter this issue, I want to be free to explain that only females can get pregnant and give birth.

16. At my hospital we provide patients with access to male, female, and unisex restrooms. I do not and will not facilitate male patient access to restrooms designated for females, or vice versa, based on gender identity.

17. I serve a rural, underserved population with high unemployment and drug addiction. Most female patients are of reproductive age.

18. I have spent time planning to avoid liability under the new rule.

19. The rule will force my hospital and my physician group to require me to follow a "nondiscrimination" policy on gender identity and to attend training on such a policy. But for the rule, this would not be a condition of my employment. I will not agree to follow this policy. I would rather be fired than harm my patients.

20. I do not want to attend training on this policy. But I will attend training on such a policy as required or scheduled. If the rule did not require this training, I would not attend.

21. When I have to decide whether to follow the rule—or risk losing my job and my patients—I won't know whether the federal government will exempt my hospital, my physician group, or me.

I declare under 28 U.S.C. § 1746 and under penalty of perjury that this declaration is true and correct based on my personal knowledge.

Executed this 5 day of May, 2024 at Galena, Oh.

_____
Michael S. Parker, M.D.

4