IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA; FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION; FLORIDA DEPARTMENT OF MANAGEMENT SERVICES; CATHOLIC MEDICAL ASSOCIATION, on behalf of its current and future members,

    *Plaintiffs*,

No. 8:24-cv-1080-WFJ-TGW

DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services; MELANIE FONTES RAINER, in her official capacity as the Director of the Office for Civil Rights; CENTERS FOR MEDICARE AND MEDICAID SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services,

    *Defendants*.

## ORDER GRANTING STAY

It is hereby **ORDERED** and **ADJUDGED** that Plaintiffs' Motion for a Stay or a Preliminary Injunction is **GRANTED**. The Motion challenged the 2024 Rules' provisions that will be codified at 45 C.F.R. §§ 92.101, 92.206, 92.207 and 42 C.F.R. § 438.3(d)(4). 89 Fed. Reg. 37,522, 37,698–701, 37,691 (May 6, 2024). The effective date of those provisions is postponed pending the disposition of Plaintiffs' complaint. *See* 5 U.S.C. § 705.

**DONE AND ORDERED** at Tampa, Florida, on May __, 2024.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**