UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,
    Plaintiff,

v.                                 Case No. 8:24-cv-1080-WFJ-TGW

DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
*et al.*,
    Defendants.
_____/

## ORDER

THIS CAUSE came on for consideration upon Unopposed Motions for Special Admission of R. Trent McCotter and James R. Conde (Docs. 10, 11). They have complied with Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That Unopposed Motions for Special Admission of R. Trent McCotter and James R. Conde (Docs. 10, 11) are **GRANTED**, and they are authorized to appear in this matter *pro hac vice*.

DONE and ORDERED at Tampa, Florida, this 15th day of May, 2024.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE