# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA; FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION; FLORIDA DEPARTMENT OF MANAGEMENT SERVICES; CATHOLIC MEDICAL ASSOCIATION, on behalf of its current and future members,

    *Plaintiffs*,

No. 8:24-cv-1080-WFJ-TGW

DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services; MELANIE FONTES RAINER, in her official capacity as the Director of the Office for Civil Rights; CENTERS FOR MEDICARE AND MEDICAID SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services,

    *Defendants*.

---

**NOTICE OF LEAD COUNSEL RE-DESIGNATION FOR PLAINTIFFS FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION AND FLORIDA DEPARTMENT OF MANAGEMENT SERVICES**

Plaintiffs Florida Agency for Health Care Administration and Florida Department of Management Services hereby re-designate the undersigned attorney, James R. Conde, as lead counsel.

| | |
|---|---|
| ASHLEY MOODY<br>ATTORNEY GENERAL<br><br>JOHN GUARD<br>CHIEF DEPUTY ATTORNEY GENERAL<br>Florida Bar No. 374600<br><br>JAMES H. PERCIVAL<br>CHIEF OF STAFF<br>Florida Bar No. 1016188<br><br>HENRY C. WHITAKER<br>SOLICITOR GENERAL<br>Florida Bar No. 1031175<br><br>/S/ NATALIE P. CHRISTMAS<br>NATALIE P. CHRISTMAS*<br>SENIOR COUNSELOR<br>Florida Bar No. 1019180<br><br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Natalie.Christmas@myfloridalegal.com<br><br>*Lead Counsel<br>Counsel for the State of Florida | /S/ JAMES R. CONDE<br>R. TRENT MCCOTTER (pro hac vice)<br>JAMES R. CONDE (pro hac vice)*<br>Boyden Gray PLLC<br>801 17th St NW, Suite 350<br>Washington, DC 20006<br>(202) 706-5488<br>jconde@boydengray.com<br><br>*Lead Counsel<br>Counsel for Agency for Health Care Administration & Florida Department of Management Services<br><br>ANDREW T. SHEERAN<br>GENERAL COUNSEL<br>Florida Bar No. 0030599<br>Agency for Health Care Administration<br>2727 Mahan Drive, Mail Stop #3<br>Tallahassee, Florida 32308<br>(850) 412-3670<br>Andrew.Sheeran@ahca.myflorida.com<br><br>Counsel for Agency for Health Care Administration<br><br>KRISTEN LARSON<br>GENERAL COUNSEL<br>Florida Bar No. 124770<br>Florida Department of Management Services<br>4050 Esplanade Way<br>Tallahassee, Florida 32399<br>(850) 922-2137<br>Kristen.Larson@dms.fl.gov<br><br>Counsel for Florida Department of Management Services |

MATTHEW S. BOWMAN (*pro hac vice forthcoming*)
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 (fax)
mbowman@ADFlegal.org

/S/ JULIE MARIE BLAKE
JULIE MARIE BLAKE (*pro hac vice forthcoming*)*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
(571) 707-4790 (fax)
jblake@ADFlegal.org

DAVID A. CORTMAN
Florida Bar No. 18433
Alliance Defending Freedom
1000 Hurricane Shoals Road NE, Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (fax)
dcortman@ADFlegal.org

* *Lead Counsel*
*Counsel for Plaintiff Catholic Medical Association*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

*/s/ James R. Conde*
James R. Conde