# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA; et al.,

*Plaintiffs*,

v.  **Case No. 8:24-cv-1080-WFJ-TGW**

DEPARTMENT OF HEALTH AND
HUMAN SERVICES; et al.,

*Defendants.*

## NOTICE OF LEAD COUNSEL DESIGNATION FOR PLAINTIFF STATE OF FLORIDA

Plaintiff, State of Florida, hereby designates the undersigned attorney, Natalie Christmas, as lead counsel.

Dated: May 20, 2024

        Respectfully submitted,

        */s/ Natalie Christmas*
        Natalie Christmas* (FBN 1019180)
        SENIOR COUNSELOR
        Office of the Attorney General
        The Capitol, Pl-01
        Tallahassee, Florida 32399-1050
        (850) 414-3300
        (850) 410-2672 (fax)
        Natalie.christmas@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

                                        */s/ Natalie Christmas*
                                        Natalie Christmas