IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**State of Florida**, et al.,

    Plaintiffs,

v.

**Department of Health and Human Services**, et al.,

    Defendants.

**Case No.** 8:24-cv-1080-WFJ-TGW

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Julie Marie Blake, Esq., moves for special admission to represent Plaintiff Christian Medical Association in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the Supreme Court of the United States; the United States Court of Appeals for the 4th, 5th, 6th, 8th, 10th, and D.C. Circuits; and the United States District Courts for the District of Columbia, Eastern District of Missouri, Western District of Missouri, District of North Dakota, Eastern District of Tennessee, Eastern District of Texas, Northern District of Texas, Southern District of Texas, Southern District of West Virginia, and Northern District of West Virginia.

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I initially appeared in the last thirty-six months in the following cases in state or federal court in Florida:

| Case Name | Case Number | Date Filed | Date Terminated |
|---|---|---|---|
| *Faith Action Ministry Alliance, Inc. v. Fried, et al.* | 8:22-cv-01696-MSS-JSS | 07/27/2022 | 09/26/2022 |

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission with this filing.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/Julie Marie Blake    *
JULIE MARIE BLAKE
VA Bar Number: 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176

Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

*Lead Counsel for Plaintiff Christian Medical Association*

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.