IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **State of Florida**, et al., Plaintiffs, v. **Department of Health and Human Services**, et al., Defendants. | **Case No.** 8:24-cv-01080-WFJ-TGW |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Matthew S. Bowman, Esq., moves for special admission to represent Plaintiff Catholic Medical Association in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the Supreme Court of the United States; the United States Court of Appeals for the 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and D.C. Circuits; and the United States District Courts for the District of Columbia, District of Maryland, Eastern District of Michigan, District of North Dakota, Eastern District of Tennessee, Eastern District of Texas, Northern District of Texas, Southern District of Texas, and Western District of Wisconsin.

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

          */s/ Matthew S. Bowman*    *
          MATTHEW S. BOWMAN
          DC Bar Number: 97891
          ALLIANCE DEFENDING FREEDOM
          440 First Street NW, Suite 600
          Washington, DC 20001
          Telephone: (202) 393-8690
          Facsimile: (202) 237-3622
          mbowman@ADFlegal.org

*(signed by filing lawyer with permission of non-filing lawyer)*

*Counsel for Plaintiff Catholic Medical Association*

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.