# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **State of Florida**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**Department of Health and Human Services**, et al.,<br><br>Defendants. | **Case No.** 8:24-cv-1080-WFJ-TGW |

## NOTICE OF LEAD COUNSEL DESIGNATION

Please take notice that Julie Marie Blake is designated as Lead

Counsel for Plaintiff Christian Medical Association in this action.

Respectfully submitted this 28th day of May, 2024.

/s/Julie Marie Blake
JULIE MARIE BLAKE*
VA Bar Number: 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

*Appearing pro hac vice as Lead Counsel
  for Plaintiff Christian Medical
  Association

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Middle District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Julie Marie Blake
JULIE MARIE BLAKE