IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **STATE OF FLORIDA,** *et al.*<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**DEPARTMENT OF HEALTH AND HUMAN SERVICES**, *et al.*<br><br>　　　　　　　　Defendants. | Case No. 8:24-cv-01080-WFJ-TGW |

### UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE IN EXCESS OF PAGE LIMITS

Pursuant to Local Rule 3.01(b), Defendants respectfully submit this motion for leave to file a response to Plaintiffs' motion for a preliminary injunction, ECF No. 12, exceeding the limits described in Local Rule 3.01(b). Specifically, Defendants request leave of the Court to file a brief no longer than 35 pages. Good cause supports this request.

Important issues of nationwide significance are raised by Plaintiffs' motion, which seeks a nationwide preliminary injunction that would preclude the U.S. Department of Health and Human Services from enforcing provisions of a new rule implementing Section 1557 of the Affordable Care Act. Section 1557, among other things, prohibits discrimination on the basis of sex in federally funded health programs and activities. ECF No. 12-5.

Under Local Civil Rule 3.01(b), responses are normally limited to 20 pages. Defendants seek the Court's leave for an extension in response to Plaintiffs'

preliminary injunction motion, so that they may file a response of no more than 35 pages. A response of this length is appropriate under the circumstances given the important interests at stake, and the "extraordinary" and "drastic" relief that Plaintiffs are seeking in the form of an injunction or stay. *See Canal Auth v. Callaway*, 489 F.2d 567, 573 (5th Cir. 1974). Defendants do not intend to burden the Court with unduly lengthy briefing, but rather believe that a response of the length requested is necessary to provide a robust response to Plaintiffs' motion and would aid the Court in its decisionmaking process.

Plaintiffs do not oppose the relief requested in this motion on the condition that the motion include a request from Plaintiffs that they be permitted to file a reply in support of their preliminary injunction motion of up to 15 pages. Defendants do not oppose Plaintiffs' request.

For all these reasons, Defendants request that the Court grant Defendants leave to file a response to Plaintiffs' preliminary-injunction motion of no more than 35 pages.

## Local Rule 3.01(g) Certification

Undersigned counsel conferred with Plaintiffs' counsel about the relief requested in this motion. Plaintiffs do not oppose the relief requested in this motion as long as Defendants consent to Plaintiffs' request to be permitted to file a reply in support of their preliminary injunction motion of up to 15 pages. Defendants do not oppose Plaintiffs' request.

Dated: June 11, 2024                                         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
LISA ZEIDNER MARCUS
Senior Counsel
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8460
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*