IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**State of Florida**, et al.,

    Plaintiffs,

  v.

**Department of Health and Human Services**, et al.,

    Defendants.

**Case No.** 8:24-cv-01080-WFJ-TGW

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Allison H. Pope, Esquire, moves for special admission to represent Plaintiff Christian Medical Association in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the United States District Court for the Western District of Missouri.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the

1

proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission with this filing.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ALLISON H. POPE
Allison H. Pope
MO Bar Number: 73898
*(signed by filing lawyer with permission of non-filing lawyer)*
/s/JULIE MARIE BLAKE
Julie Marie Blake
VA Bar Number: 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
apope@ADFlegal.org
jblake@ADFlegal.org

*Counsel for Plaintiff Christian Medical Association*

**LOCAL RULE 3.01(G) CERTIFICATION**

Co-counsel has conferred with the opposing party and represents the opposing party does not oppose my special admission.

/s/ Allison H. Pope
ALLISON H. POPE

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Middle District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Julie Marie Blake
JULIE MARIE BLAKE