# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA, *et al.*,

    Plaintiffs,

v.                          Case No. 8:24-CV-01080-WFJ-TGW

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

    Defendants.

_____

### DEFENDANTS' DISCLOSURE STATEMENT
### UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐ The filer has no parent corporation.

        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

Brian M. Boynton, Principal Deputy Assistant Attorney General
Michelle R. Bennett, Assistant Director, Federal Programs Branch
Bradley P. Humphreys, Senior Trial Counsel
Lisa Zeidner Marcus, Senior Counsel
Liam C. Holland, Trial Attorney
Jeremy S.B. Newman, Trial Attorney
The U.S. Department of Health and Human Services
Xavier Becerra, in his official capacity as Secretary of the
    Department of Health and Human Services
Melanie Fontes Rainer, in her official capacity as the Director of
    the Office for Civil Rights
Centers for Medicare and Medicaid Services
Chiquita Brooks-Lasure, in her official capacity as Administrator

of the Centers for Medicare and Medicaid
State of Florida
Florida Agency for Health Care Administration
Florida Department of Management Services
Catholic Medical Ass'n
Up to 2,500 Unidentified Members of the Catholic Medical Ass'n
Dr. Michael S. Parker
Dr. Quentin L. Van Meter
Mario R. Dickerson, M.T.S.
Rachel T. Kaiser, M.D.
Angeli Maun Skey, M.D.
Ashley Moody, Florida Attorney General
John Guard, Florida Chief Deputy Attorney General
James H. Percival, Chief of Staff, Florida Office of the Attorney General
Henry C. Whitaker, Florida Solicitor General
Natalie P. Christmas, Senior Counselor, Florida Office of the Attorney General
R. Trent McCotter
James R. Conde
Boyden Gray PLLC
Andrew T. Sheeran, General Counsel, Agency for Health Care Administration
Kristen Larson, General Counsel, Florida Dep't of Mgmt Servs.
Matthew S. Bowman
Alliance Defending Freedom
Julie Marie Blake
David A. Cortman
Andrew Smith
Laura Ruppalt

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☐ No.

☒ Yes, and this is the entity: Defendants do not know the membership of the Catholic Medical Association, which may include entities, not yet identified, with publicly traded shares or debt.

4

5. Is this a bankruptcy action?

   ☒ No.

   ☐ Yes, and the debtor is [].

   ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒ No.

   ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒ No.

   ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

Dated: June 13, 2024

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director,
Federal Programs Branch

Respectfully submitted,

*/s/ Liam C. Holland*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
LISA ZEIDNER MARCUS
Senior Counsel
LIAM C. HOLLAND
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*