Exhibit 6

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

AUGUST DEKKER, legally known as
KORI DEKKER; BRIT ROTHSTEIN;
SUSAN DOE, a minor by and through
her parents and next friends, JANE DOE
and JOHN DOE, and K.F., a minor, by
and through his parent and next friend,
JADE LADUE,

       Plaintiffs,

v.                            Case No.: 4:22-cv-00325-RH-MAF

JASON WEIDA, in his official capacity as
Secretary of the Florida Agency for Health
Care Administration, and FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

       Defendants.

_____/

## JUDGMENT

This matter was tried to the court. It is adjudged:

1. It is declared that Florida Statutes § 286.31(2) and Florida Administrative

Code rule 59G-1.050(7) are invalid to the extent they categorically ban Medicaid

payment for puberty blockers and cross-sex hormones for the treatment of gender

dysphoria.

2. The defendants Jason Weida, in his official capacity, and the Florida Agency for Health Care Administration (a) must approve Medicaid payment for services rendered from this date forward for the evaluation, diagnosis, and treatment of the plaintiffs August Dekker, Brit Rothstein, Susan Doe, and K.F. for gender dysphoria, including with puberty blockers and cross-sex hormones, as recommended by their multidisciplinary teams, and (b) must not take any steps to prevent the administration of cross-sex hormones to August Dekker or Brit Rothstein or to prevent the administration of puberty blockers or cross-sex hormones to Susan Doe or K.F. But this injunction does not preclude the defendants from applying the professional standards that would apply to use of the same substances to treat patients with other medical conditions.

3. This injunction binds the defendants and their officers, agents, servants, employees, and attorneys—and others in active concert or participation with any of them—who receive actual notice of this injunction by personal service or otherwise.

4. Jurisdiction is reserved to award costs and attorney's fees.

JESSICA J LYUBLANOVITS,
CLERK OF COURT


June 22, 2023                        s/ *Ronnie Barker*
DATE                                 DEPUTY CLERK