UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA, *et al.*,

    Plaintiffs,

v.                                                CASE NO. 8:24-cv-1080-WFJ-TGW

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

    Defendants.
_____/

## ORDER
## PERMITTING ELECTRONIC DEVICES

The cause comes before the Court for a hearing on June 21, 2024. in Courtroom 15B of the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida.  It is therefore **ORDERED AND ADJUDGED** as follows:

1) **Allison Pope**, counsel, shall be permitted to bring one cellular telephone, one laptop or iPad, and the associated cables into the courthouse during the trial of this matter.

2) Cellular telephones may be used only outside Courtroom 15B unless specific permission is sought from the Judge.  The cellular telephone must be placed on silent while inside the courtroom.

3) The individual authorized by this Order shall present a copy of this Order to security personnel whenever they enter the courthouse with an

electronic device. Security personnel also require the authorized person to present picture identification at each time of entry. The electronic devices are subject to inspection and exclusion, at their sole discretion, at any time by security personnel.

4) This Order and associated permission to bring electronic devices into the courthouse may be revoked at any time for any reason by this Court.

**DONE AND ORDERED** at Tampa, Florida, on June 21, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers
Counsel of record