UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: 8:24-cv-1080-WFJ-TGW | DATE: | June 21, 2024 |
|---|---|---|
| HONORABLE WILLIAM F. JUNG | | |
| STATE OF FLORIDA, ET AL., <br><br> Plaintiffs <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants | **PLAINTIFF COUNSEL** <br> Allison Pope, James Conde, Natalie Christmas, and R. Trent McCotter, Retained <br><br><br><br> **DEFENDANT COUNSEL** <br> Liam Holland, Retained | |
| **COURT REPORTER:** Susan Cayler | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 2:32 PM - 4:22 PM; 4:28 PM – 4:58 PM <br> **TOTAL:** 2 Hour 20 Minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:** MOTION HEARING Re: (Doc. 12) MOTION for Preliminary Injunction

Court in session.

Counsel identified for the record.

The Court addressed the pending motion with the parties.

Counsel for the plaintiff presented their argument.

Counsel for the defense responds to the plaintiff's argument.

Court in recess.

Court in session

Counsel for the defense continued the presentation of their argument.

Counsel for the plaintiff presents rebuttal arguments.

The Court Orders the parties to send their separate Orders to chambers for review by the close of business on Wednesday, June 26, 2024.

The Court Orders the parties to critique the Court's exhibit by the close of business on Wednesday, June 26, 2024.

The Court will file an Order on the docket by July 3, 2024.

Court Adjourned.