# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **STATE OF FLORIDA**, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,<br><br>　　　　　Defendants. | Case No. 8:24-CV-1080-WFJ-TGW |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Zachary W. Sherwood of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of all Defendants in the above-captioned case. Liam Holland, Trial Attorney for the United States Department of Justice, will remain designated as lead counsel in this case. *See* Local Rule 2.02(a).

Dated: August 29, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　MICHELLE R. BENNETT
　　　　　　　　　　　　　　　　Assistant Director, Federal Programs Branch

　　　　　　　　　　　　　　　　*/s/ Zachary W. Sherwood*
　　　　　　　　　　　　　　　　ZACHARY W. SHERWOOD
　　　　　　　　　　　　　　　　(Indiana Bar No. 37147-49)
　　　　　　　　　　　　　　　　Trial Attorney

1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*