IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**STATE OF FLORIDA**, et al.

        Plaintiffs,

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,

        Defendants.

Case No. 8:24-CV-1080-WFJ-TGW

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order dated July 3, 2024, ECF No. 41.

Dated: August 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
LIAM C. HOLLAND (Lead counsel)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470

1

Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*