## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**State of Florida**, et al.,

        Plaintiffs,

        v.

**Department of Health and Human Services**, et al.,

        Defendants.

**Case No.** 8:24-cv-1080-WFJ-TGW

## PLAINTIFF CATHOLIC MEDICAL ASSOCIATION'S
## NOTICE OF CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), Plaintiff Catholic Medical Association hereby cross-appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's July 3, 2024 Order (Dkt. 41) "den[ying] the Catholic Medical Association's petition" for a preliminary injunction, *id.* at 47–48.

Respectfully submitted this 11th day of September, 2024.

        */s/ Julie Marie Blake*
        Julie Marie Blake (pro hac vice)*
        ALLIANCE DEFENDING FREEDOM
        44180 Riverside Parkway
        Lansdowne, Virginia 20176
        Telephone: (571) 707-4655
        Facsimile: (571) 707-4790
        apope@ADFlegal.org
        jblake@ADFlegal.org

Matthew S. Bowman (pro hac vice)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622 (fax)
mbowman@ADFlegal.org

DAVID A. CORTMAN
FL Bar No. 18433
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE, Suite D1100
Lawrenceville, Georgia 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dcortman@ADFlegal.org

*Lead Counsel for Plaintiff Catholic Medical
Association*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Middle District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Julie Marie Blake*
JULIE MARIE BLAKE