UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiffs*,

    v.                                         Case No. 8:24-cv-01080-WFJ-TGW

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

    *Defendants*.
_____/

## **MOTION TO WITHDRAWAL AS COUNSEL**

JAMES H. PERCIVAL moves to withdraw as counsel of record in this action. NATALIE P. CHRISTMAS will continue to represent the State of Florida. The State of Florida consents to this withdrawal.

                                     **ASHLEY MOODY**
                                      Attorney General

                                      */s/ James H. Percival*
                                      **JAMES H. PERCIVAL** (FBN 1016188)
                                      Chief of Staff
                                      Office of the Attorney General
                                      The Capitol, Pl-01
                                      Tallahassee, Florida 32399-1050
                                      (850) 414-3300
                                      (850) 410-2672 (fax)
                                      natalie.christmas@myfloridalegal.com

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I have conferred with opposing counsel regarding this motion, and no party objects to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 14th day of January 2025.

*/s/ James H. Percival*
**JAMES H. PERCIVAL**