**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

STATE OF FLORIDA, ET AL.,

   *Plaintiffs*,

      v.                              No. 8:24-cv-01080-WFJ-TGW

DEPARTMENT OF HEALTH AND HUMAN SERVICES,
  ET AL.

   *Defendants*.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE of the appearance of Allen L. Huang on behalf of plaintiff State of Florida. Please serve copies of all filings, orders, and other correspondence to Mr. Huang at the addresses listed below:

    Primary e-mail address:        allen.huang@myfloridalegal.com

    Secondary e-mail address:    jenna.hodges@myfloridalegal.com

                                           Respectfully submitted,

                                           JOHN M. GUARD
                                             *Acting Attorney General*

                                           JEFFREY P. DESOUSA (FBN 110951)
February 6, 2025                      *Acting Solicitor General*

OFFICE OF THE ATTORNEY GENERAL     */s/ Allen L. Huang*
The Capitol, PL-01                               ALLEN L. HUANG (FBN 1045396)
Tallahassee, Florida 32399-1050        *Deputy Solicitor General*
(850) 414-3300
(850) 410-2672 (fax)
allen.huang@myfloridalegal.com

*Counsel for State of Florida*

1

# CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of February 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Allen L. Huang*
ALLEN L. HUANG
