UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiffs,*

    v.                                      Case No. 8:24-cv-01080-WFJ-TGW

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

    *Defendants.*
_____/

## **MOTION TO WITHDRAW AS COUNSEL**

NATALIE P. CHRISTMAS moves to withdraw as counsel of record in this action. ALLEN HUANG will continue to represent the State of Florida as lead counsel. The State of Florida consents to this withdrawal.

                                                      **JAMES UTHMEIER**
                                                      ATTORNEY GENERAL

                                                      */s/ Natalie P. Christmas*
                                                      **Natalie P. Christmas** (FBN 1019180)
                                                      COUNSELOR TO THE ATTORNEY GENERAL
                                                      Office of the Attorney General
                                                     The Capitol, Pl-01
                                                     Tallahassee, Florida 32399-1050
                                                     (850) 414-3300
                                                     (850) 410-2672 (fax)
                                                     natalie.christmas@myfloridalegal.com

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I have conferred with opposing counsel regarding this motion, and Defendants consent to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 18th day of February 2025.

*/s/ Natalie P. Christmas*
**Natalie P. Christmas**
