UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

 *Plaintiff*,            No. 8:24-cv-01080-WFJ-TGW

 v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,

 *Defendants*.

_____/

**MOTION TO WITHDRAW COUNSEL**

 The undersigned attorney for Plaintiff State of Florida respectfully requests that this Court withdraw Henry C. Whitaker as counsel in the above captioned case. Mr. Whitaker has departed from the Florida Office of the Attorney General. The State of Florida will continue to be represented by other counsel of record currently on the docket. The State of Florida consents to this withdrawal.

                Respectfully submitted,

                JAMES UTHMEIER
                 *Attorney General*

                JEFFREY P. DESOUSA

February 19, 2025         *Acting Solicitor General*

OFFICE OF THE ATTORNEY GENERAL  */s/ Allen L. Huang*
The Capitol, PL-01         ALLEN L. HUANG
Tallahassee, Florida 32399-1050    *Deputy Solicitor General*
(850) 414-3300
(850) 410-2672 (fax)
*allen.huang@myfloridalegal.com*

*Counsel for State of Florida*

1

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I have conferred with opposing counsel regarding this motion, and no party objects to this motion.

*/s/ Allen L. Huang*
ALLEN L. HUANG

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of February 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Allen L. Huang*
ALLEN L. HUANG