# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-12826-JJ
Case Style: State of Florida, et al v. Department of Health and Human Services, et al
District Court Docket No: 8:24-cv-01080-WFJ-TGW

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12826

_____

STATE OF FLORIDA,
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,
FLORIDA DEPARTMENT OF MANAGEMENT SERVICES,

                              Plaintiffs-Appellees,

CATHOLIC MEDICAL ASSOCIATION,
on behalf of its current and future members,

                              Plaintiff-Appellee
                              Cross-Appellant,

*versus*

DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,
in his official capacity,
DIRECTOR, OFFICE FOR CIVIL RIGHTS,
in her official capacity,

2                               Order of the Court                               24-12826

CENTERS FOR MEDICARE AND MEDICAID SERVICES, ADMINISTRATOR, CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al.,

                                                        Defendants-Appellants
                                                            Cross-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-01080-WFJ-TGW

_____

Before ROSENBAUM, BRASHER, and ABUDU, Circuit Judges.

BY THE COURT:

Appellants' "Unopposed Motion to Dismiss Appeal" is GRANTED.

Cross-Appellant Catholic Medical Association's "Response to Unopposed Motion to Dismiss Appeal," which the Court construes as a motion to voluntarily dismiss the cross-appeal, is GRANTED.

The Clerk's Office is directed to close the file on this matter. Each party shall bear their own respective costs.