IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA; FLORIDA AGENCY
FOR HEALTH CARE ADMINISTRATION;
FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES; CATHOLIC
MEDICAL ASSOCIATION, on behalf of its
current and future members,

    *Plaintiffs*,

v.                                                                          No. 8:24-cv-1080-WFJ-TGW

DEPARTMENT OF HEALTH AND
HUMAN SERVICES; ROBERT F.
KENNEDY, JR., in his official capacity as
Secretary of the Department of Health and
Human Services; ANTHONY ARCHEVAL,
in his official capacity as the Acting Director of
the Office for Civil Rights; CENTERS FOR
MEDICARE AND MEDICAID SERVICES;
STEPHANIE CARLTON, in her official
capacity as Acting Administrator of the Centers
for Medicare and Medicaid Services,

    *Defendants*.

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs State of Florida, Florida Agency for Health Care Administration, Florida Department of Management Services, and Catholic Medical Association appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's "full closure" order, ECF No. 71, entered in this action on the 9th day of April 2025, and the Order Denying Motion for Reconsideration/Clarification and stating

1

that "there is no case or controversy pending," ECF No. 76, entered in this action on the 5th day of June 2025.

Respectfully submitted,

| | |
|---|---|
| JAMES UTHMEIER<br>ATTORNEY GENERAL<br><br>JOHN GUARD<br>CHIEF DEPUTY ATTORNEY GENERAL<br><br>JEFFREY DESOUSA<br>ACTING SOLICITOR GENERAL<br><br>/S/ ALLEN L. HUANG<br>ALLEN L. HUANG*<br>DEPUTY SOLICITOR GENERAL<br>Florida Bar No. 1045396<br><br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Allen.Huang@myfloridalegal.com<br><br>*  Lead Counsel<br>Counsel for the State of Florida<br><br>/S/ MATTHEW S. BOWMAN<br>MATTHEW S. BOWMAN (pro hac vice)<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>(202) 347-3622 (fax)<br>mbowman@ADFlegal.org | /S/ JAMES R. CONDE<br>R. TRENT MCCOTTER (pro hac vice)<br>JAMES R. CONDE (pro hac vice)*<br>Boyden Gray PLLC<br>800 Connecticut Ave NW, Suite 900<br>Washington, DC 20006<br>(202) 706-5488<br>tmccotter@boydengray.com<br>jconde@boydengray.com<br><br>*  Lead Counsel<br>Counsel for Agency for Health Care Administration & Florida Department of Management Services<br><br>ANDREW T. SHEERAN<br>GENERAL COUNSEL<br>Florida Bar No. 0030599<br>Agency for Health Care Administration<br>2727 Mahan Drive, Mail Stop #3<br>Tallahassee, Florida 32308<br>(850) 412-3670<br>Andrew.Sheeran@ahca.myflorida.com<br><br>Counsel for Agency for Health Care Administration |

JULIE MARIE BLAKE (*pro hac vice*)*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
(571) 707-4790 (fax)
jblake@ADFlegal.org

DAVID A. CORTMAN
Florida Bar No. 18433
Alliance Defending Freedom
1000 Hurricane Shoals Road NE, Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (fax)
dcortman@ADFlegal.org

\* *Lead Counsel*
*Counsel for Plaintiff Catholic Medical Association*

KRISTEN LARSON
GENERAL COUNSEL
Florida Bar No. 124770
Florida Department of Management Services
4050 Esplanade Way
Tallahassee, Florida 32399
(850) 922-2137
Kristen.Larson@dms.fl.gov

*Counsel for Florida Department of Management Services*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

                          */s/ James R. Conde*
                          James R. Conde