# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**DATE:** June 9, 2025

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**State of Florida, et al.,**

      **Plaintiff,**

**v.**                                          **Case No: 8:24-cv-1080-WFJ-TGW**

**Department of Health and Human
Services, et al.**

      **Defendant.**

**U.S.C.A. Case No:**         **USCA Case Number: TBA**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable District Judge Wilson, United States District Judge appealed from.

- Appeal filing fee was paid.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not entered orally.

- Court Reporter: Susan Cayler

                                 ELIZABETH M. WARREN, CLERK

                                 By:                     s/J. Bardak, Deputy Clerk

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:24–cv–01080–WFJ–TGW

| | |
|---|---|
| State of Florida et al v. Department of Health and Human Services et al | Date Filed: 05/06/2024 |
| Assigned to: Judge William F. Jung | Date Terminated: 12/13/2024 |
| Referred to: Magistrate Judge Thomas G. Wilson | Jury Demand: None |
| Case in other court: Eleventh Circuit, 24–12826–J | Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision |
| Cause: 05:0702 Administrative Procedure Act | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **State of Florida** | represented by | **Natalie Christmas** |
| | | Florida Attorney General's Office |
| | | PL–01 The Capitol |
| | | Tallahassee, FL 32399 |
| | | 850–414–3300 |
| | | Email: natalie.christmas@myfloridalegal.com |
| | | *TERMINATED: 02/18/2025* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Allen Huang**
Florida Attorney General's Office
3507 E Frontage Rd
Suite 200
Tampa, FL 33607
714–878–8628
Email: allen.huang@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**Henry Charles Whitaker**
Florida Attorney General's Office
PL–01 The Capitol
Tallahassee, FL 32399–1050
850–414–3688
Email: henry.whitaker@myfloridalegal.com
*TERMINATED: 02/19/2025*
*ATTORNEY TO BE NOTICED*

**James Hamilton Percival , II**
Office of the Florida Attorney General
PL–01, The Capitol
Tallahassee, FL 32399
850–414–3684
Fax: 850–410–2672
Email: james.percival@myfloridalegal.com
*TERMINATED: 01/15/2025*

*ATTORNEY TO BE NOTICED*

**John Matthew Guard**
Florida Attorney General
Executive Staff
PL–01, The Capitol
Tallahassee, FL 32399
850–245–0140
Email: john.guard@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**R. Trent McCotter**
Boyden Gray PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202–706–5488
Email: tmccotter@boydengray.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Florida Agency for Health Care Administration** | represented by | **James R. Conde**<br>Boyden Gray PLLC<br>800 Connecticut Ave. NW<br>Suite 900<br>Washington, DC 20006<br>646–266–4011<br>Email: jconde@boydengray.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**R. Trent McCotter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew T. Sheeran**<br>Florida Agency for Health Care Administration<br>Bldg 3 – MS 3<br>2727 Mahan Dr<br>Tallahassee, FL 32308–5407<br>850/412–3630<br>Fax: 850/921–0158<br>Email: Sheeran.Andrew@ahca.myflorida.com<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

represented by

| | | |
|---|---|---|
| **Florida Department of Management Services** | | **James R. Conde**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **R. Trent McCotter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kristen Larson**<br>Florida Department of Management Services<br>4050 Esplanade Way<br>Suite 160<br>Tallahassee, FL 32399<br>954–253–7107<br>Email: kristen.larson@dms.fl.gov<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Catholic Medical Association**<br>*on behalf of its current and future members* | represented by | **Julie Marie Blake**<br>Alliance Defending Freedom<br>44180 Riverside Pkwy<br>Lansdowne, VA 20176<br>571–707–4655<br>Fax: 571–707–4790<br>Email: jblake@adflegal.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Allison Holly Pope**<br>Alliance Defending Freedom<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>571–707–4655<br>Email: apope@adflegal.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **David Andrew Cortman**<br>Alliance Defense Fund<br>Suite D–1100<br>1000 Hurricane Shoals Road, NE<br>Lawrenceville, GA 30043<br>770/339–0774<br>Fax: 770/339–6744<br>Email: dcortman@adflegal.org<br>*ATTORNEY TO BE NOTICED* |

**Matthew S. Bowman**
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
202–393–8690
Fax: 202–347–3622
Email: mbowman@adflegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R. Trent McCotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Department of Health and Human Services** | represented by | **Liam Holland**<br>DOJ–Civ<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>202–514–4964<br>Email: liam.c.holland@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary Sherwood**<br>DOJ–Civ<br>Department of Justice, Civil Division<br>Federal Programs Branch<br>Washington, DC 20005<br>202–616–8467<br>Email: zachary.w.sherwood@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Secretary, Department of Health and Human Services**<br>*in his official capacity* | represented by | **Liam Holland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary Sherwood**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Director, Office for Civil Rights**<br>*in her official capacity* | represented by | **Liam Holland**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Sherwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Centers for Medicare and Medicaid Services**   represented by   **Liam Holland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Sherwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Administrator, Centers for Medicare and Medicaid Services**   represented by   **Liam Holland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Sherwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2024 | 1 | COMPLAINT against All Defendants (Filing fee $405 receipt number AFLMDC−22063290) filed by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Civil Cover Sheet, # 7 Proposed Summons)(McCotter, R.) (Entered: 05/06/2024) |
| 05/06/2024 | 2 | CORPORATE Disclosure Statement by Catholic Medical Association, Florida Agency for Health Care Administration, Florida Department of Management Services, State of Florida. (McCotter, R.) (Entered: 05/06/2024) |
| 05/07/2024 | 3 | NEW CASE ASSIGNED to Judge William F. Jung and Magistrate Judge Thomas G. Wilson. New case number: 8:24−cv−1080−WFJ−TGW. (AJS) (Entered: 05/07/2024) |
| 05/07/2024 | 4 | NOTICE TO COUNSEL James R. Conde, Julie Marie Blake and Matthew S. Bowman Local Rule 2.01(c), Special Admission – File a Motion to Appear Pro Hac Vice. Co−counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the motion may be filed in paper format; Pay the Special Admission Fee; Submit a Pro Hac Vice E−File Registration through PACER. Visit www.flmd.uscourts.gov/for−lawyers for details (Signed by Deputy Clerk). (AJS) (Entered: 05/07/2024) |
| 05/07/2024 | 5 | NOTICE TO COUNSEL R. Trent McCotter Local Rule 2.01(c), Special Admission – File a Motion to Appear Pro Hac Vice. Co−counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the |

| | | |
|---|---|---|
| | | motion may be filed in paper format; Pay the Special Admission Fee; Submit a Pro Hac Vice E–File Registration through PACER. Visit www.flmd.uscourts.gov/for–lawyers for details (Signed by Deputy Clerk). (AJS) (Entered: 05/07/2024) |
| 05/07/2024 | 6 | SUMMONS issued as to Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services, U.S. Attorney and U.S. Attorney General. (AJS) (Entered: 05/07/2024) |
| 05/07/2024 | 7 | PROOF of service by Catholic Medical Association, Florida Agency for Health Care Administration, Florida Department of Management Services, State of Florida (McCotter, R.) (Entered: 05/07/2024) |
| 05/07/2024 | 16 | **STANDING ORDER regarding Discovery Motions. Signed by Magistrate Judge Thomas G. Wilson on 5/7/2024. (KMN)** (Entered: 05/20/2024) |
| 05/08/2024 | 8 | NOTICE of Local Rule 1.07(c), Local Rule 3.02(a)(2), and Local Rule 3.03. <br><br>–**Local Rule 1.07(c)** requires lead counsel to file *promptly* a **Notice of a Related Action** identifying and describing any related action either pending or closed in the Middle District or elsewhere. <br><br>–**Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. <br><br>–**Local Rule 3.03** requires each party to file a disclosure statement. Counsel must make their disclosures using the standard court form. The Disclosure Statement form can be found at www.flmd.uscourts.gov. (Signed by Deputy Clerk). (JCG) (Entered: 05/08/2024) |
| 05/08/2024 | 9 | NOTICE informing the parties that they may consent to the jurisdiction of a United States magistrate judge by filing Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge using the event **Consent to Jurisdiction of US Magistrate Judge**. (Signed by Deputy Clerk). (JCG) (Entered: 05/08/2024) |
| 05/14/2024 | 10 | Unopposed MOTION for R. Trent McCotter to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–22090184 for $150 by Florida Agency for Health Care Administration, Florida Department of Management Services. (McCotter, R.) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 05/14/2024) |
| 05/14/2024 | 11 | Unopposed MOTION for James R. Conde to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–22090231 for $150 by Florida Agency for Health Care Administration, Florida Department of Management Services. (McCotter, R.) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 05/14/2024) |
| 05/15/2024 | 12 | |

| | | MOTION for Preliminary Injunction *or Stay of Rule Under the APA* by all Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(McCotter, R.) Modified on 5/16/2024 to edit docket text; Chambers notified. (LD). (Entered: 05/15/2024) |
|---|---|---|
| 05/15/2024 | 13 | **ORDER granting 10 Motion to Appear Pro Hac Vice; granting 11 Motion to Appear Pro Hac Vice. R. Trent McCotter and James R. Conde are authorized to appear in this matter pro hac vice. Signed by Magistrate Judge Thomas G. Wilson on 5/15/2024. (KMN)** (Entered: 05/16/2024) |
| 05/17/2024 | 14 | NOTICE of Lead Counsel Designation by James R. Conde on behalf of Florida Agency for Health Care Administration, Florida Department of Management Services. Lead Counsel: James R. Conde. (Conde, James) (Entered: 05/17/2024) |
| 05/20/2024 | 15 | NOTICE of Lead Counsel Designation by Natalie Christmas on behalf of State of Florida. Lead Counsel: Natalie Christmas. (Christmas, Natalie) (Entered: 05/20/2024) |
| 05/20/2024 | 17 | Unopposed MOTION for Julie Marie Blake to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−22112080 for $150 by Catholic Medical Association. (McCotter, R.) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 05/20/2024) |
| 05/20/2024 | 18 | Unopposed MOTION for Matthew S. Bowman to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−22112094 for $150 by Catholic Medical Association. (McCotter, R.) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 05/20/2024) |
| 05/21/2024 | 19 | **ORDER granting 17 Motion to Appear Pro Hac Vice; granting 18 Motion to Appear Pro Hac Vice. Accordingly, Attorney Julie Marie Blake and Matthew S. Bowman are authorized to appear pro hac vice. Signed by Magistrate Judge Thomas G. Wilson on 5/21/2024. (KMN)** (Entered: 05/23/2024) |
| 05/24/2024 | 20 | MOTION for Extension of Time to File Response/Reply as to 12 MOTION for Preliminary Injunction OR Stay of Rule Under the APA by All Defendants. (Holland, Liam). (Entered: 05/24/2024) |
| 05/24/2024 | 21 | RESPONSE in Opposition re 20 MOTION for Extension of Time to File Response/Reply as to 12 MOTION for Preliminary Injunction or Stay of Rule Under the APA filed by Catholic Medical Association, Florida Agency for Health Care Administration, Florida Department of Management Services, State of Florida. (McCotter, R.). (Entered: 05/24/2024) |
| 05/28/2024 | 22 | **ENDORSED ORDER granting 20 Motion for Extension of Time to File Response / Reply. Response due by 6/13/2024. If Plaintiffs desires to file a Reply, it is due on or before 6/18/2024 by close of business. Signed by Judge William F. Jung on 5/28/2024. (CCB)** (Entered: 05/28/2024) |
| 05/28/2024 | 23 | NOTICE of Telephonic Hearing on 12 MOTION for Preliminary Injunction or Stay. Motion Hearing set for 6/21/2024 at 01:30 PM before Judge William F. Jung. Counsel are directed to call the reserved conference toll free number at 1−888−557−8511. Enter the access code: 4744914 followed by the # (pound) key. You will be prompted to enter the security code: 1080 followed by the # (pound) key. Please call in at least 10 minutes before the scheduled hearing. (CCB) (Entered: 05/28/2024) |
| 05/28/2024 | 24 | NOTICE of Lead Counsel Designation by Julie Marie Blake on behalf of Catholic Medical Association. Lead Counsel: Julie Marie Blake. (Blake, Julie) (Entered: |

| | | |
|---|---|---|
| | | 05/28/2024) |
| 06/03/2024 | 25 | **ENDORSED ORDER: Additionally, on June 21 by 5 pm each party should copy chambers email and each other with MSWord draft Orders that they would wish the Court to enter. Signed by Judge William F. Jung on 6/3/2024. (Jung, William)** (Entered: 06/03/2024) |
| 06/10/2024 | 26 | NOTICE of Hearing (change as to in person and time only) on 12 MOTION for Preliminary Injunction or Stay. Motion Hearing set for 6/21/2024 in person at 02:30 PM in Tampa Courtroom 15 B before Judge William F. Jung. (CCB) (Entered: 06/10/2024) |
| 06/11/2024 | 27 | Unopposed MOTION to File Excess Pages by All Defendants. (Holland, Liam) (Entered: 06/11/2024) |
| 06/11/2024 | 28 | **ENDORSED ORDER granting unopposed 27 Motion to File Excess Pages. Signed by Judge William F. Jung on 6/11/2024. (CCB)** (Entered: 06/11/2024) |
| 06/12/2024 | 29 | Unopposed MOTION for Allison H. Pope to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–22191849 for $150 by Catholic Medical Association. (Blake, Julie) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 06/12/2024) |
| 06/13/2024 | 30 | **ENDORSED ORDER granting 29 Motion to Appear Pro Hac Vice. Attorney Pope may appear pro hac vice as counsel for Plaintiff Christian Medical Association, subject to payment of the $150.00 special admission fee and submission of the Pro Hac Vice E–File Registration (see https://www.flmd.uscourts.gov/for–lawyers) within seven days of this order. Signed by Judge William F. Jung on 6/13/2024. (CCB)** (Entered: 06/13/2024) |
| 06/13/2024 | 31 | CORPORATE Disclosure Statement by Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services. (Holland, Liam) (Entered: 06/13/2024) |
| 06/13/2024 | 32 | NOTICE of a related action per Local Rule 1.07(c) by Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services. Related case(s): Yes (Attachments: # 1 Exhibit 1 Neese Class Certification Order, # 2 Exhibit 2 Neese Final Judgment, # 3 Exhibit 3 ACP Amended Complaint, # 4 Exhibit 4 ACP Memorandum Opinion and Order, # 5 Exhibit 5 ACP Supplemental Briefing, # 6 Exhibit 6 Dekker Judgment, # 7 Exhibit 7 Dekker Opposition to Motion to Enforce the Court's Judgment or, Alternatively, to Clarify the Court's Judgment, # 8 Exhibit 8 McComb Complaint, # 9 Exhibit 9 Catholic Benefits Ass'n Amended Complaint, # 10 Exhibit 10 Tennessee Complaint, # 11 Exhibit 11 Texas Complaint)(Holland, Liam) (Entered: 06/13/2024) |
| 06/13/2024 | 33 | RESPONSE in Opposition re 12 MOTION for Preliminary Injunction or Stay of Rule Under the APA filed by Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services. (Holland, Liam). (Entered: 06/13/2024) |
| 06/18/2024 | 34 | RESPONSE re 32 Notice of a Related Action filed by Florida Agency for Health Care Administration, Florida Department of Management Services. (Conde, James) |

| | | |
|---|---|---|
| | | (Entered: 06/18/2024) |
| 06/18/2024 | 35 | REPLY to Response to Motion re 12 MOTION for Preliminary Injunction *OR STAY OF RULE UNDER THE APA* filed by Florida Agency for Health Care Administration, Florida Department of Management Services. (Conde, James) (Entered: 06/18/2024) |
| 06/21/2024 | 36 | **ORDER permitting electronics for hearing of 6/21/2024 as to Counsel Allison Pope. Signed by Judge William F. Jung on 6/21/2024. (CCB)** (Entered: 06/21/2024) |
| 06/21/2024 | 37 | Minute Entry. In Person Proceedings held before Judge William F. Jung: MOTION HEARING held on 6/21/2024 re 12 MOTION for Preliminary Injunction *OR STAY OF RULE UNDER THE APA* filed by Florida Department of Management Services, Florida Agency for Health Care Administration, Catholic Medical Association, State of Florida. Court Reporter: Susan Cayler (JCG) (Entered: 06/21/2024) |
| 06/21/2024 | 38 | The court's Exhibit referenced at the Motion Hearing held on 6/21/2024.(JCG) (Entered: 06/21/2024) |
| 06/26/2024 | 39 | RESPONSE re 38 Exhibit list – court *Defendants' Response to the Court's Exhibit* filed by Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services. (Attachments: # 1 Exhibit 1 –– Transcript of Preliminary Injunction Proceedings, Doe v. Noggle, No. 1:23–cv–02904–SEG (N.D. Ga. Aug. 10, 2023))(Holland, Liam) (Entered: 06/26/2024) |
| 06/28/2024 | 40 | NOTICE of supplemental authority re 34 Response by Catholic Medical Association. (Pope, Allison) (Entered: 06/28/2024) |
| 07/03/2024 | 41 | **ORDER granting in part and denying in part 12 Motion for Preliminary Injunction. Signed by Judge William F. Jung on 7/3/2024. (Jung, William)** (Entered: 07/03/2024) |
| 07/08/2024 | 42 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by All Defendants. (Holland, Liam) (Entered: 07/08/2024) |
| 07/08/2024 | 43 | **ENDORSED ORDER granting 42 Consent Motion for Extension of Time to Answer. All Defendants' answer or response to the complaint is due 9/9/2024. Signed by Judge William F. Jung on 7/8/2024. (CCB)** (Entered: 07/08/2024) |
| 07/24/2024 | 44 | TRANSCRIPT of Motion Hearing held on 6.21.24 before Judge William F. Jung. Court Reporter/Transcriber: Susie Cayler. Email address: reportercayler@gmail.com. Telephone number: 15157785008. <br><br> NOTICE TO THE PARTIES – The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 8/14/2024. Redacted Transcript Deadline set for 8/26/2024. Release of Transcript Restriction set for 10/22/2024. (Cayler, Susan) (Entered: 07/24/2024) |
| 08/29/2024 | 45 | NOTICE of Appearance by Zachary Sherwood on behalf of Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, |

| | | |
|---|---|---|
| | | Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services (Sherwood, Zachary) (Entered: 08/29/2024) |
| 08/30/2024 | 46 | NOTICE OF APPEAL as to 41 Order on Motion for Preliminary Injunction by Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services. Filing fee not paid. (Sherwood, Zachary) (Entered: 08/30/2024) |
| 09/03/2024 | 47 | MOTION to Stay *Proceedings* by Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services. (Sherwood, Zachary) (Entered: 09/03/2024) |
| 09/03/2024 | 48 | RESPONSE in Opposition re 47 MOTION to Stay *Proceedings* filed by Florida Agency for Health Care Administration, Florida Department of Management Services. (Conde, James) (Entered: 09/03/2024) |
| 09/04/2024 | 49 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 46 Notice of Appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (LNR) (Entered: 09/04/2024) |
| 09/05/2024 | 50 | **ENDORSED ORDER granting in part and denying in part 47 Motion to Stay. This case is stayed pending a telephonic status conference that will be set by the Court. Signed by Judge William F. Jung on 9/5/2024. (CCB)** (Entered: 09/05/2024) |
| 09/05/2024 | | Case Stayed. (Case inadvertently lifted on 12/13/2024) (BD) (Entered: 12/13/2024) |
| 09/10/2024 | 51 | NOTICE of Telephonic Hearing: Status Conference set for 11/13/2024 at 9:00 AM before Judge William F. Jung. Counsel are directed to call the reserved conference toll free number at 1−888−557−8511. Enter the access code: 4744914 followed by the # (pound) key. You will be prompted to enter the security code: 1080 followed by the # (pound) key. Please call in at least 10 minutes before the scheduled hearing. (CCB) (Entered: 09/10/2024) |
| 09/11/2024 | 52 | NOTICE OF CROSS APPEAL as to 41 Order on Motion for Preliminary Injunction by Catholic Medical Association. (Blake, Julie) (Entered: 09/11/2024) |
| 09/12/2024 | 53 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 52 Notice of Cross Appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (KME) (Entered: 09/12/2024) |
| 09/12/2024 | | FEE PAID. Appeal fee, Receipt No. AFLMDC−22513165 for $605 paid Notice for appeal to the Eleventh Circuit Court of Appeals. (Blake, Julie) (Entered: 09/12/2024) |
| 09/18/2024 | 54 | TRANSCRIPT information form filed by Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services for proceedings held on 06/21/2024 before Judge Jung re 46 Notice of Appeal USCA number: 24−12826. Electronic notification sent to Court Reporter Susan Caylor (Holland, Liam) (Entered: 09/18/2024) |

| 09/19/2024 | 55 | COURT REPORTER ACKNOWLEDGMENT by Susie Cayler re 46 Notice of Appeal,. Estimated transcript filing date: 9.20.24. USCA number: 24–12826. (Cayler, Susan) (Entered: 09/19/2024) |
|---|---|---|
| 09/19/2024 | 56 | NOTIFICATION that transcript has been filed by Susie Cayler re: 46 Notice of Appeal,. USCA number: 24–12826. (Cayler, Susan) (Entered: 09/19/2024) |
| 10/10/2024 | 57 | TRANSCRIPT information form filed by Catholic Medical Association re 52 Notice of Cross Appeal. USCA number: 24–12826. No transcript(s) requested. (Bowman, Matthew) (Entered: 10/10/2024) |
| 11/12/2024 | 58 | **ENDORSED ORDER: Counsel, there is no need for a status conference tomorrow and it is canceled. Please file a one–page update no later than November 15, informing the Court your view of the present status before this District Court. Consider in this short discussion the pending appeals as well as the likelihood of mootness given a pending change in administration. Signed by Judge William F. Jung on 11/12/2024. (Jung, William)** (Entered: 11/12/2024) |
| 11/12/2024 | 59 | NOTICE canceling status conference hearing scheduled for 11/13/2024. (CCB) (Entered: 11/12/2024) |
| 11/15/2024 | 60 | RESPONSE re 58 Order filed by Catholic Medical Association, Florida Agency for Health Care Administration, Florida Department of Management Services, State of Florida. (Conde, James) (Entered: 11/15/2024) |
| 11/15/2024 | 61 | STATUS report by Secretary, Department of Health and Human Services, Director, Office for Civil Rights, Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services. (Holland, Liam) (Entered: 11/15/2024) |
| 12/13/2024 | 62 | **ENDORSED ORDER directing the Clerk to administratively close this case. Any party may reopen at any time by filing a motion. Signed by Judge William F. Jung on 12/13/2024. (CCB)** (Entered: 12/13/2024) |
| 01/14/2025 | 63 | Unopposed MOTION for James H. Percival to Withdraw as Attorney by State of Florida. (Percival, James) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 01/14/2025) |
| 01/15/2025 | 64 | **ENDORSED ORDER granting 63 Motion to Withdraw as Attorney Attorney James Hamilton Percival, II terminated. Signed by Judge William F. Jung on 1/15/2025. (Jung, William)** (Entered: 01/15/2025) |
| 02/06/2025 | 65 | NOTICE of Appearance by Allen Huang on behalf of State of Florida (Huang, Allen) (Entered: 02/06/2025) |
| 02/18/2025 | 66 | MOTION for Natalie Christmas to Withdraw as Attorney by State of Florida. (Christmas, Natalie) Motions referred to Magistrate Judge Thomas G. Wilson. Modified on 2/19/2025 to edit text (ELA). (Entered: 02/18/2025) |
| 02/18/2025 | 67 | **ORDER granting 66 Motion to Withdraw as Attorney. Attorney Natalie Christmas terminated. Signed by Magistrate Judge Thomas G. Wilson on 2/18/2025. (Wilson, Thomas)** (Entered: 02/18/2025) |
| 02/19/2025 | 68 | MOTION for Henry Charles Whitaker to Withdraw as Attorney by State of Florida. (Huang, Allen) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 02/19/2025) |

| 02/19/2025 | 69 | **ORDER granting 68 Motion to Withdraw as Attorney. Attorney Henry Charles Whitaker terminated. Signed by Magistrate Judge Thomas G. Wilson on 2/19/2025. (Wilson, Thomas)** (Entered: 02/19/2025) |
|---|---|---|
| 04/03/2025 | 70 | ORDER of USCA: Appellants' "Unopposed Motion to Dismiss Appeal" is GRANTED. Cross–Appellant Catholic Medical Association's "Response to Unopposed Motion to Dismiss Appeal," which the Court construes as a motion to voluntarily dismiss the cross–appeal, is GRANTED as to 52 Notice of Cross Appeal filed by Catholic Medical Association. EOD: 4/3/2025. Issued as the mandate USCA number: 24–12826–JJ. (MCB) (Entered: 04/07/2025) |
| 04/09/2025 | 71 | **ENDORSED ORDER: Upon consideration of the Eleventh Circuit's Order of Dismissal and Mandate, the Clerk is directed to lift the stay and convert the administrative closure into a full closure. Signed by Judge William F. Jung on 4/9/2025. (CCB)** (Entered: 04/09/2025) |
| 04/09/2025 | | Case Stay Lifted. (ELA) (Entered: 04/09/2025) |
| 04/09/2025 | 72 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is construed as closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non–party must move for relief before the seal expires. (Signed by Deputy Clerk). (ELA) (Entered: 04/09/2025) |
| 05/02/2025 | 73 | MOTION to Reopen Case , MOTION for Clarification *of the Court's April 9, 2025 order* by All Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Conde, James) (Entered: 05/02/2025) |
| 05/05/2025 | 74 | **ENDORSED ORDER taking under advisement 73 Motion to Reopen Case and to Clarify. The Department of Health and Human Services is directed to file an update on the status within thirty (30) days. All other parties are directed to file a reply to the HHS filing fourteen (14) days thereafter. Signed by Judge William F. Jung on 5/5/2025. (CCB)** (Entered: 05/05/2025) |
| 06/04/2025 | 75 | RESPONSE to Motion re 73 MOTION to Reopen Case, MOTION for Clarification *of the Court's April 9, 2025 order and Status Report* filed by Administrator, Centers for Medicare and Medicaid Services, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Director, Office for Civil Rights, Secretary, Department of Health and Human Services. (Attachments: # 1 Defending Women Executive Order, # 2 Protecting Children Executive Order)(Holland, Liam) (Entered: 06/04/2025) |
| 06/05/2025 | 76 | **ENDORSED ORDER denying 73 Motion to Reopen Case; denying 73 Motion for Reconsideration / Clarification. There is no case or controversy presently pending. Signed by Judge William F. Jung on 6/5/2025. (Jung, William)** (Entered: 06/05/2025) |
| 06/06/2025 | 77 | NOTICE OF APPEAL as to 76 Order on Motion to Reopen Case, Order on Motion for Reconsideration / Clarification, 71 Order by Florida Agency for Health Care Administration. Filing fee $ 605, receipt number AFLMDC–23454867. (Conde, James) (Entered: 06/06/2025) |

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Julie Marie Blake (jblake@adflegal.org, mschmidt@adflegal.org),
Matthew S. Bowman (mbowman@adflegal.org, mschmidt@adflegal.org), James R. Conde
(jconde@boydengray.com), David Andrew Cortman (dcortman@adflegal.org,
lhudler@adflegal.org, lmeadows@alliancedefendingfreedom.org,
msharp@alliancedefendingfreedom.org), John Matthew Guard (john.guard@myfloridalegal.com,
lynda.fleming@quarles.com, nichole.perez@quarles.com), Liam Holland
(fedprog.ecf@usdoj.gov, liam.c.holland@usdoj.gov), Allen Huang
(allen.huang@myfloridalegal.com), Kristen Larson (kristen.larson@dms.fl.gov), R. Trent
McCotter (tmccotter@boydengray.com), Allison Holly Pope (apope@adflegal.org), Andrew T.
Sheeran (andrew.sheeran@ahca.myflorida.com, christopher.torres@ahca.myflorida.com,
kyliee.epperson@ahca.myflorida.com, marygay.templeton@ahca.myflorida.com,
sheeran.andrew@ahca.myflorida.com), Zachary Sherwood (zachary.w.sherwood@usdoj.gov), Judge
William F. Jung (chambers_flmd_jung@flmd.uscourts.gov), Magistrate Judge Thomas G. Wilson
(chambers_flmd_wilson@flmd.uscourts.gov, karina_nieves@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25543180@flmd.uscourts.gov
Subject:Activity in Case 8:24-cv-01080-WFJ-TGW State of Florida et al v. Department of
Health and Human Services et al Order
Content-Type: text/html
```

### U.S. District Court

### Middle District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 4/9/2025 at 9:23 AM EDT and filed on 4/9/2025

| | |
|---|---|
| **Case Name:** | State of Florida et al v. Department of Health and Human Services et al |
| **Case Number:** | 8:24–cv–01080–WFJ–TGW |
| **Filer:** | |

**WARNING: CASE CLOSED on 12/13/2024**

**Document Number:** 71(No document attached)

**Docket Text:**
 **ENDORSED ORDER: Upon consideration of the Eleventh Circuit's Order of Dismissal and Mandate, the Clerk is directed to lift the stay and convert the administrative closure into a full closure. Signed by Judge William F. Jung on 4/9/2025. (CCB)**

**8:24–cv–01080–WFJ–TGW Notice has been electronically mailed to:**

David Andrew Cortman     dcortman@adflegal.org, lhudler@adflegal.org,
lmeadows@alliancedefendingfreedom.org, msharp@alliancedefendingfreedom.org

John Matthew Guard     john.guard@myfloridalegal.com, lynda.fleming@quarles.com,
nichole.perez@quarles.com

Andrew T. Sheeran     Sheeran.Andrew@ahca.myflorida.com, Andrew.Sheeran@ahca.myflorida.com,

Christopher.Torres@ahca.myflorida.com, KylieE.Epperson@ahca.myflorida.com, MaryGay.Templeton@ahca.myflorida.com

Matthew S. Bowman    mbowman@adflegal.org, mschmidt@ADFlegal.org

Liam Holland    liam.c.holland@usdoj.gov, fedprog.ecf@usdoj.gov

Julie Marie Blake    jblake@adflegal.org, mschmidt@adflegal.org

R. Trent McCotter    tmccotter@boydengray.com

Kristen Larson    kristen.larson@dms.fl.gov

Zachary Sherwood    zachary.w.sherwood@usdoj.gov

James R. Conde    jconde@boydengray.com

Allison Holly Pope    apope@adflegal.org

Allen Huang    allen.huang@myfloridalegal.com

**8:24–cv–01080–WFJ–TGW Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: David Andrew Cortman (dcortman@adflegal.org, lhudler@adflegal.org,
lmeadows@alliancedefendingfreedom.org, msharp@alliancedefendingfreedom.org), John Matthew
Guard (john.guard@myfloridalegal.com, lynda.fleming@quarles.com,
nichole.perez@quarles.com), James R. Conde (jconde@boydengray.com), Liam Holland
(fedprog.ecf@usdoj.gov, liam.c.holland@usdoj.gov), Julie Marie Blake (jblake@adflegal.org,
mschmidt@adflegal.org), R. Trent McCotter (tmccotter@boydengray.com), Zachary Sherwood
(zachary.w.sherwood@usdoj.gov), Matthew S. Bowman (mbowman@adflegal.org,
mschmidt@adflegal.org), Allison Holly Pope (apope@adflegal.org), Andrew T. Sheeran
(andrew.sheeran@ahca.myflorida.com, christopher.torres@ahca.myflorida.com,
kyliee.epperson@ahca.myflorida.com, marygay.templeton@ahca.myflorida.com,
sheeran.andrew@ahca.myflorida.com), Allen Huang (allen.huang@myfloridalegal.com), Kristen
Larson (kristen.larson@dms.fl.gov), Judge William F. Jung
(chambers_flmd_jung@flmd.uscourts.gov), Magistrate Judge Thomas G. Wilson
(chambers_flmd_wilson@flmd.uscourts.gov, karina_nieves@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25771314@flmd.uscourts.gov
Subject:Activity in Case 8:24-cv-01080-WFJ-TGW State of Florida et al v. Department of
Health and Human Services et al Order on Motion to Reopen Case
Content-Type: text/html
```

# U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 6/5/2025 at 12:25 PM EDT and filed on 6/5/2025

| | |
|---|---|
| **Case Name:** | State of Florida et al v. Department of Health and Human Services et al |
| **Case Number:** | 8:24–cv–01080–WFJ–TGW |
| **Filer:** | |

**WARNING: CASE CLOSED on 12/13/2024**

**Document Number:** 76(No document attached)

**Docket Text:**
 **ENDORSED ORDER denying [73] Motion to Reopen Case; denying [73] Motion for Reconsideration / Clarification. There is no case or controversy presently pending. Signed by Judge William F. Jung on 6/5/2025. (Jung, William)**

**8:24–cv–01080–WFJ–TGW Notice has been electronically mailed to:**

David Andrew Cortman     dcortman@adflegal.org, lhudler@adflegal.org, lmeadows@alliancedefendingfreedom.org, msharp@alliancedefendingfreedom.org

John Matthew Guard     john.guard@myfloridalegal.com, lynda.fleming@quarles.com, nichole.perez@quarles.com

Andrew T. Sheeran     Sheeran.Andrew@ahca.myflorida.com, Andrew.Sheeran@ahca.myflorida.com,

Christopher.Torres@ahca.myflorida.com, KylieE.Epperson@ahca.myflorida.com, MaryGay.Templeton@ahca.myflorida.com

Matthew S. Bowman     mbowman@adflegal.org, mschmidt@ADFlegal.org

Liam Holland     liam.c.holland@usdoj.gov, fedprog.ecf@usdoj.gov

Julie Marie Blake     jblake@adflegal.org, mschmidt@adflegal.org

R. Trent McCotter     tmccotter@boydengray.com

Kristen Larson     kristen.larson@dms.fl.gov

Zachary Sherwood     zachary.w.sherwood@usdoj.gov

James R. Conde     jconde@boydengray.com

Allison Holly Pope     apope@adflegal.org

Allen Huang     allen.huang@myfloridalegal.com

**8:24–cv–01080–WFJ–TGW Notice has been delivered by other means to:**

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STATE OF FLORIDA; FLORIDA AGENCY
FOR HEALTH CARE ADMINISTRATION;
FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES; CATHOLIC
MEDICAL ASSOCIATION, on behalf of its
current and future members,

     *Plaintiffs*,

v.                         No. 8:24-cv-1080-WFJ-TGW

DEPARTMENT OF HEALTH AND
HUMAN SERVICES; ROBERT F.
KENNEDY, JR., in his official capacity as
Secretary of the Department of Health and
Human Services; ANTHONY ARCHEVAL,
in his official capacity as the Acting Director of
the Office for Civil Rights; CENTERS FOR
MEDICARE AND MEDICAID SERVICES;
STEPHANIE CARLTON, in her official
capacity as Acting Administrator of the Centers
for Medicare and Medicaid Services,

     *Defendants.*

---

## PLAINTIFFS' NOTICE OF APPEAL

---

Plaintiffs State of Florida, Florida Agency for Health Care Administration,

Florida Department of Management Services, and Catholic Medical Association

appeal to the United States Court of Appeals for the Eleventh Circuit from the District

Court's "full closure" order, ECF No. 71, entered in this action on the 9th day of April

2025, and the Order Denying Motion for Reconsideration/Clarification and stating

1

that "there is no case or controversy pending," ECF No. 76, entered in this action on the 5th day of June 2025.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

JOHN GUARD
CHIEF DEPUTY ATTORNEY GENERAL

JEFFREY DESOUSA
ACTING SOLICITOR GENERAL

/s/ ALLEN L. HUANG
ALLEN L. HUANG*
DEPUTY SOLICITOR GENERAL
Florida Bar No. 1045396

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Allen.Huang@myfloridalegal.com

*Lead Counsel*
*Counsel for the State of Florida*

/s/ MATTHEW S. BOWMAN
MATTHEW S. BOWMAN (*pro hac vice*)
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 (fax)
mbowman@ADFlegal.org

/s/ JAMES R. CONDE
R. TRENT MCCOTTER (*pro hac vice*)
JAMES R. CONDE (*pro hac vice*)*
Boyden Gray PLLC
800 Connecticut Ave NW, Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com
jconde@boydengray.com

*Lead Counsel*
*Counsel for Agency for Health Care*
*Administration & Florida Department of*
*Management Services*

ANDREW T. SHEERAN
GENERAL COUNSEL
Florida Bar No. 0030599
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670
Andrew.Sheeran@ahca.myflorida.com

*Counsel for Agency for Health Care*
*Administration*

2

JULIE MARIE BLAKE (*pro hac vice*)*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
(571) 707-4790 (fax)
jblake@ADFlegal.org

DAVID A. CORTMAN
Florida Bar No. 18433
Alliance Defending Freedom
1000 Hurricane Shoals Road NE, Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (fax)
dcortman@ADFlegal.org

*\* Lead Counsel*
*Counsel for Plaintiff Catholic Medical Association*

KRISTEN LARSON
GENERAL COUNSEL
Florida Bar No. 124770
Florida Department of Management Services
4050 Esplanade Way
Tallahassee, Florida 32399
(850) 922-2137
Kristen.Larson@dms.fl.gov

*Counsel for Florida Department of Management Services*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.


*/s/ James R. Conde*
James R. Conde