# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

      v.                    Case No. 8:24-cv-01080

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

   *Defendants*.
_____/

## MOTION TO WITHDRAW AS COUNSEL

John Guard moves for leave to withdraw as counsel for the State of Florida. Mr. Guard will be leaving the employment of the Office of the Attorney General. The State of Florida does not object to Mr. Guard's withdrawal and the State will continue to be represented by Allen Huang.

                                            Respectfully submitted,

                                            JAMES UTHMEIER
                                            ATTORNEY GENERAL

                                            */s/ John Guard*
                                            John Guard (FBN 374600)
                                            Chief Deputy Attorney General
                                            Office of the Attorney General
                                            PL - 01, The Capitol
                                            Tallahassee, Florida 32399-1050
                                            John.Guard@myfloridalegal.com
                                            850-414-3300

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I have conferred with counsel for Defendants regarding this motion, and no party objects to this motion.

*/s/ John Guard*
John Guard

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ John Guard*
John Guard