UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,
Plaintiff,
v.

CASE No. 8:24-cv-1080-WFJ-TGW

DEP'T OF HEALTH and
HUMAN SERVICES, *et al.*,
Defendants.

## ORDER

THIS CAUSE came on for consideration upon the Motion to Withdraw as Counsel (Doc. 82) by attorney John Guard. The plaintiff continues to be represented by Allen Huang.

It is, therefore, upon consideration,

ORDERED:

That the Motion to Withdraw as Counsel (Doc. 82) is hereby **GRANTED**. Accordingly, attorney John Guard is hereby **RELIEVED** of further representation of the plaintiff.

DONE and ORDERED at Tampa, Florida, this 23rd day of June, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE